COURT COPY

Rev. 5/20

PROVIDED TO CHARLOTTE CI ON 4/7/21 FOR MAILING RS

United States District Court
Middle District of Florida
Fort Myers Division

KELVIN FRAZIER #099699
*(In the space above enter the full legal name of the plaintiff)*

-against-

2021 APR -9 PM 12:17

Snyder Warden, GENE Officer, J. FARLEY Officer
FROST Captain, J. BRUNSON Officer, O. ESTRADA Officer
TORRES Sargent, WALTON Officer
M. THWEAT Officer, STEINER Officer
CANISTATIC Officer, ALVEREZ Sargent

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)* INDIVIDUAL CAPACITY ARE The DEFENDANTS SUED.

Case No. 2:21-CV-295-SPC-NPM
(To be filled out by Clerk's Office only)

# COMPLAINT

(*Pro Se* Confined Litigant)

Jury Demand?
☐ Yes
☑ No

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

Rev. 5/20

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

FRAZier KELVIN
Name (Last, First, MI) — Aliases

D99699
Identification #

Charlotte Correctional Institution
Place of Detention

33123 Oil Well Road
Institutional Address

Punta Gorda — FLA. — 33955-9701
County, City — State — Zip Code

## III. STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Snyder .
Name (Last, First)

Warden
Current Job Title

Charlotte C. I., 33123 Oil Well Road
Current Work Address

Punta Gorda, Fla. 33955-9701
County, City State Zip Code

Defendant 2: FROST
Name (Last, First)

Captain
Current Job Title

Charlotte C.I., 33123 Oil Well Road
Current Work Address

Punta Gorda, Fla. 33955-9701
County, City State Zip Code

Rev. 5/20

**Defendant(s) Continued**

Defendant 3: TORRES
Name (Last, First)

Sargent
Current Job Title

Charlotte C.I. 33123 Ozlwell Road
Current Work Address

Punta Gorda, FlA. 33955-9701
County, City State Zip Code

Defendant 4: Thweat
Name (Last, First)

Officer
Current Job Title

Charlotte C.I. 33123 Ozlwell Road
Current Work Address

Punta Gorda, FlA. 33955-9701
County, City State Zip Code

[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

4

DEFendANT 5: CANISTAIZC
NAME (LAST, FIRST)

OFFICER
CURRENT Job TITLE

Charlotte C.I., 33123 OILWELL ROAD
CURRENT WORK AddRESS

PUNTA GORDA, FLA. 33955-9701
COUNTY, CITY STATE ZIP code

DEFendANT 6: GENE
NAME (LAST, FIRST)

OFFICER

Charlotte C.I., 33123 OILWELL ROAD
CURRENT WORK AddRESS

PUNTA GORDA, FLA. 33955-9701
COUNTY, CITY STATE ZIP Code

DEFendANT 7: BRUNSON
NAME (LAST, FIRST)

OFFICER
CURRENT Job TITLE

Charlotte C.I. 33123 OILWell ROAD
CURRENT WORK AddRESS

PUNTA GORDA, FLA. 33955-9701
COUNTY, CITY STATE ZIP code

DEFendANT 8: WALTON
NAME (LAST, FIRST)

OFFICER
CURRENT Job TITLE

Charlotte C.I. 33123 OILwell ROAD
Current WORK Address

PUNTA GORDA, FLA. 33955-9701
COUNTY, CITY STATE ZIP code

DEFendANT 9: STEINER
NAME (LAST, FIRST)

OFFICER
CURRENT Job TITLE

Charlotte C.I. 33123 OILWELL ROAD
CURRENT WORK Address

PUNTA GORDA FLA 33955-9701
COUNTY, CITY STATE ZIP Code

DEFENDANT 10: ALVEREZ
NAME (LAST, FIRST)
SARGENT
CURRENT JOB TITLE
CHARLOTTE C.I. 33123 OILWELL ROAD
CURRENT WORK ADDRESS
PUNTA GORDA, FLA. 33955-9701
COUNTY, CITY STATE ZIP CODE

DEFENDANT 11: J. FARLEY
NAME (LAST, FIRST)
OFFICER
CURRENT JOB TITLE
CHARLOTTE C.I. 33123 OILWELL ROAD
CURRENT WORK ADDRESS
PUNTA GORDA, FLA. 33955-9701
COUNTY, CITY STATE ZIP CODE

DEFENDANT 12: O. ESTRADA
NAME (LAST, FIRST)
OFFICER
CURRENT JOB TITLE
CHARLOTTE C.I. 33123 OILWELL ROAD
CURRENT WORK ADDRESS
PUNTA GORDA, FLA. 33955-9701
COUNTY, CITY STATE ZIP CODE

## V. STATEMENT OF CLAIM

Place(s) of occurrence: CHARLOTTE CORRECTIONAL INSTITUTION

Date(s) of occurrence: 3/1/2021, 3/2/2021, 3/6/2021 & 3/12/2021

State which of your federal constitutional or federal statutory rights have been violated:

8TH And 14TH AMENDMENT U.S. CONST.
FLA. CONST. ART. (I) SECTION (9) & (17)

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).*

FACTS:

What happened to you?

IMMINENT DANGER. THE DANGER IS ON GOING, EVEN AT THE FILING OF THIS LAWSUITE. THE TOP PRISON OFFICIALS WARDEN IS ALLOWING HIS SUBORDINATE TO TORTURE, TORMENT, RETALIATE, And SUBJECT INMATES TO CRUEL And INHUMANE TREATMENT.

(1) On 3/1/2021 INMATE J. Bowden # J31184 HAd A VERBAL CONFRONTATION WITH OFFICERS HERE AT CHARLOTTE C.I GOLF DORM WING 3. HOWEVER THE OFFICERS TOLD BOWDEN # J31184 THEY WOULD DEAL WITH HIM.

(2) On 3/2/2021 THE NEXT DAY THE OFFICERS CAME TO INMATE J. BOWDEN # J31184 CELL And TOLD HIM THAT HE HAD A MEDICAL CALL OUT.

Rev. 5/20

(3.) So The Officer Hand-Cuffed Bowden And Shackled Him behind His Back And under The Guise He Had A Medical Call-Out.

Who did what?

(4.) Once Out The Cell The Officer Used Excessive Force On Inmate Bowden, Retaliating On Him For The 3/1/2021 Incident.

(5.) Captain Frost. And His "Goons, Hit-Men, Enforcers, Assassins, Can be Seen And Heard on Audio/Video Equipment Wing 3 Golf-Dorm 3/2/2021 From Approximately 8:00AM To 10:45 AM Beating, Punching And Assaulting Inmate Bowden. Thats When The Other Inmates Who Was Inside The Cells Went To Kicking And beating On The Cell Door's Yelling For The Officers To Stop Beating And Punching Inmate Bowden.

(6.) It Should be Noted That The Warden And other Top Level Officials At Charlotte Allow Subordinates To Torturue, Torment, Retaliate And subject Inmates To Cruel And Inhumane Treatment At The Hands Of Subordinate Officer's To (Install Fear) Into the Inmates.

(7.) The Imminent Danger, Is ongoing At Charlotte C.I. At The Present Filing Of This Lawsuite

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

Was anyone else involved?

And After. The PLAINTIFF And other Inmates Is Subjected DAILY To SERIOUS PhysICAL InJURIES. The Top PRISON ADMINISTRATORS ARE Allowing Their Subordinate Officers To "Torture, Torment Inmates To Install (Fear) In Inmates.

(8.) STRIPP Cell, PROPERTY RESTRICTION, MANAGEMENT MEAL. This Incident Directly Deal With The PLAINTIFF And Other Inmate.

(9.) The Issue Listed In Number (8) Is What This Lawsuite Is Based on.

(10.) On March Saterday 6, 2021 While Housed In Cell G 3110 With Inmate T. Hanner # W25546 Along With Approximately (10) Other Inmates In Surrounding Cells Was Put on STRIPP Cell STATUS.

(11.) The Reason That Staff Alleged Frazier And His Roommate Was Put on STRIP-cell STATUS With Approximately (10) other Inmates Was Because of The Following.

(12.) "Their Windows Was Covered With Paper And Personal Property On The Floor." This Is Untrue

9

(13.) WE THE PLAINTIFF, HIS ROOMMATE AND APPROXIMATELY (10) OTHER INMATES WAS PUT ON STRIP-CELL, PROPERTY RESTRICTION, MANAGEMENT MEAL, BECAUSE OF THEIR DISLIKE LIKE OF CAPTAIN FROST, AND HIS "GOONS, HIT-MEN, ENFORCERS, ASSASSINS", CONSISTING OF "SGT. TORRES, OFC. THWEAT, OFC. GENE, O. ESTRADA, OFC. CANISTATIC, OFC. BRUNSON, OFC. WALTON, J. FARLEY, OFC. STEINER, SGT. ALVEREZ" BEATING ON INMATE BOWDEN. REVIEW THE AUDIO\VIDEO EQUIPMENT.

(14.) SO ON MARCH SATERDAY 6, 2021 OUT OF "RETALIATION" CAPTAIN FROST, AND HIS HIT-MEN, GOONS, ENFORCERS, ASSASSINS CAME BACK TO GOLF-DORM WING 3 AND SYSTEMATICALLY AND RANDUMLY WENT TO JUST PICKING INMATES CELL "STRIPING THEM, TAKING THERE PROPERTY, TAKING THEIR REGULAR FOOD TRAYS AND PUTING THEM ON MANAGEMENT MEAL".

(15.) INMATES WAS LEFT IN "(BOXER SHORT & SHOWER SLIDES)".

(16.) INMATES WAS NEVER A THREAT TO SECURITY.

(17.) IT IS UNDISPUTED, HOWEVER, THAT THE INMATE WAS NOT PUT ON THIS STATUS FOR BEING SUICIDAL OR DANGEROUS TO SELF OR OTHERS.

(18.) FROM MARCH SATERDAY 6, 2021 TO MARCH TUESDAY 9, 2021 72 HOURS, 3 1/2 DAYS WE WAS KEPT ON STRIP-STATUS AND ON THE 9TH WE WAS TAKEN OFF STRIPP CELL AND PROPERTY RESTRICTION.

(19.) ON 3/9/2021, PLAINTIFF AND HIS ROOMMATE HANNER # N25546 PUT IN A SICK-CALL FORM DC4-698A DETAILING THE INJURIES WE SUFFERED FROM BEING NAKED AND STRIPED OF ALL PROPERTY SLEEPING ON RAW COLD STEAL IN (50) TO (45) DEGREE COLD WEATHER.

(20.) ON THE SICK-CALL FRAZIER PUT THE FOLLOWING THE INJURIES FRAZIER PLAINTIFF SUFFERED FROM 3/6/2021 TO 3/9/2021 "PLAINTIFF NECK, ARMS, KNEE'S, BACK, LEGS, FEET, HANDS, SIDE" IS SOAR, HURTING, SHARP PAIN, PLAINTIFF BODY CONTINUE TO HURT AS IF HE HAVE SUFFERED INTERNAL NURVES AND TISSUES DAMAGE FOR 72 HOURS OF SLEEPING NAKED ON COLD STEAL IN (50) TO (45) DEGREE COLD WEATHER.

(21.) On Tuesday March 16, 2021 Frazier Was Given Muscle Rubb And Ibuprofen But To This Day I Am Still Suffering Internal Nurves And Tissue Damage.

(22.) Plaintiff Assert That On March Friday 12, 2021 The Inmates On Strip cell, Property Restriction, And Management Meal, Was Taken Of The Arbitrary And Capricious Management Meal Status.

(23.) Plaintiff And His Roommate And The (10) Other Inmates While On Closemanagement Status Was Transferred To Punitive Measure, Into Isolation, Without Adequate "[Clothing Or Bedding] Fully Support That An Eighth Amendment Violation Was Established Under The U.S. Const. 8th Amend, Fla. Const. Art. (I) Sec. (17) And See Maxwell V. Mason, 668 F.2d 369 (8th Cir. 1981).

(24.) The Courts Today Would Condem Without Reservation These Inmates Confinment Under The Present Conditions.

(25.) The Present Inmates Confinment In Isolated Confinment They Was Deprived Of "Shirt, Socks, Pants, Tee Shirt, Mattress, Sheets, Twoles, Pillows, Pillow Case's, Personal Property, blankets, Soap, Medication Toothpaste, Toothbrush"? Thus The Court Would Conclude That This Isolation Confinment Was Unconstitutional.

(26.) Maxwell V. Mason, 668 F.2d 369 (8th Cir. 1981) (The Deprivation Of Clothing And bedding To bear "No Relationship Whatsoever To Any Security Measure Under The Facts Of This Case" And Amount To "An Unnecessary Infliction Of Pain." Such Treatment Was "Wholly In Consistent With The Current Minimum Standards Of Respect For The Dignity Of Human beings").

(27.) Charlotte C.I. Top Administrators Wardens, Duty Wardens, Colonel, Major Are All Trying To (Install Fear) In The Inmates by Allowing Subordinate Officer's Like "Sgt. Torres, Ofc. Thweat, Ofc. Gene, O. Estrada, J. Farley,

OFC. CANISTATIC, OFC. BRUNSON, OFC. WALTON, OFC. STEINER, SGT. ALVEREZ" CAPTAIN FROST, "GOONS, ENFORCERS, ASSASSINS, HIT-MEN, TO SUBJECT INMATES TO "TORMENT, TORTURE, ABUSE, HUMILIATION, CRUEL AND INHUMANE TREATMENT".

Rev. 5/20

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: **Prisoners** must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

(1.) THAT THE COURT TAKE "EMERGENCY ACTION".
(2.) THAT THE "FEDERAL MARSHAL, FBI, FDLE" BE INSTRUCTED TO INVESTIGATE THIS MATTER AND TAKE ACTION.
(3.) TO STOP THE ONGOING TORTURE, TORMENT, RETALIATION, HARASSMENT, ABUSE, INHUMANE TREATMENT.
(4.) THESE CASES BE "CERTIFIED AS A CLASS ACTION".
(5.) THAT A "LAWYER BE APPOINTED TO REPRESENT THE CLASS OF STRIP-CELL, PROPERTY RESTRICTION, MANAGEMENT, MEAL INMATES" FROM 3/6/2021 TO 3/12/2021.
(6.) COMPENSATORY DAMAGES OF 350,000,00 DOLLARS.
(7.) PUNITIVE DAMAGES OF 550,000, 00 DOLLARS.
(8.) WHAT EVER OTHER RELIEF THE COURT DEEM APPROPRIATE.

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

***ALL LITIGANTS MUST ANSWER*:.**

Have you to date brought any other lawsuits in state or federal court while a confined? ☐ Yes ☐ No

If yes, how many? "IMMINENT DANGER"

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

THIS CASE IS ONE OF IMMINENT DANGER. THE DANGER IS ONGOING. THE IMMINENT DANGER OF SERIOUS PHYSICAL INJURY IS ONGOING EVEN AT THE TIME OF THE FILING OF THIS LAWSUITE And After the FILING OF this LAWSUITE If the COURT DON'T TAKE JURISdICTION And ACTION. TOP PRISON AdMINISTRATORS IS ALLOWING THERE SUBORdINATES TO TORTURE, TORMENT, RETALIATE, And Abuse, HUMILIATE And SUbJECT INMATES TO ON GOING CRUEL And INhUMANE TREATMENT.

INMATES SUBJECTED TO "IMMINENT DANGER" PAST, PRESENT, FUTURE.

Rev. 5/20

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

4/2/2021
Dated

[signature] #099699
Plaintiff's Signature

FRAZIER KELVIN
Printed Name (Last, First, MI)

099699
Identification #

CHARLOTTE CORRECTIONAL INSTITUTION
33123 OILWELL ROAD
PUNTA GORDA, FLORIDA. 33955-9701
Institutional Name City State Zip Code